IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA M. ABSHER,

    Plaintiff,

v.                                            CASE NO. 1:05-cv-00069-MP-AK

CITY OF ALACHUA, FLORIDA, and
CLOVIS WATSON, JR., individually
and in his representative capacity as City
Manager, City of Alachua, Florida,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 116, Stipulation of Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, parties may dismiss an action without order of court by filing a stipulation of dismissal signed by all parties. Here, this was done. Furthermore, the parties have expressly stipulated that the dismissal is with prejudice. Therefore, this action is dismissed with prejudice, and the Clerk is directed to close this case.

    **DONE AND ORDERED** this   *27th* day of November, 2007

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge